JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ruben Paul Gonzales, | ) | SACV 17-00696 JVS (JDEx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | SETTLEMENT OF CASE |
| v. | ) | |
| | ) | |
| OC Petroleum Inc., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days,</u> to reopen the action if settlement is not consummated.

DATED: October 20, 2017

_James V. Selna_

James V. Selna

United States District Judge